IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SUAREZ-TORRES,<br><br>**Plaintiff**,<br><br>v.<br><br>JOSE MARTELL LLC, *et als.*,<br><br>**Defendants**. | **Civil No.** 16-1009 (FAB) |

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 30), this case is **DISMISSED WITH PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 29, 2016.

s/ Francisco A. Besosa<br>
FRANCISCO A. BESOSA<br>
UNITED STATES DISTRICT JUDGE